AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for LVRR #63*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS RENTAL AND REPAIR LLC SERIES 63, a Nevada limited liability company, <br><br>        Plaintiff, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br>        Defendants. | CASE NO.:   2:22-cv-00413-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> **(First Request)** |

Plaintiff Las Vegas Rental and Repair LLC Series 63 ("LVRR #63") and Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), by and through their attorneys of record, hereby submit this Stipulation for an extension of time for Nationstar to respond to LVRR #63's Motion for Preliminary Injunction from the current date of May 23, 2022 to June 21, 2022.

This is the first request for an extension of time to respond to the Motion for Preliminary Injunction and it seeks to align the opposition deadline with the June 21, 2022 deadline for LVRR #63 to file its opposition to Nationstar's Motion to Dismiss. This extension is sought in good faith, and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 23rd day of May 2022 | DATED this 23rd day of May 2022 |
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| */s/ Aimee Clark Newberry* | *  /s/ Brody R. Wight* |
| AIMEE CLARK NEWBERRY, ESQ. | BRODY R. WIGHT, ESQ. |
| Nevada Bar No. 11084 | Nevada Bar No. 13615 |
| 410 S. Rampart Blvd., Suite 390 | 8985 S. Eastern Ave., Ste. 200, Las Vegas, NV |
| Las Vegas, NV 89145 | 89123 (*Nevada Office*) |
| *Attorney for LVRR #63* | 600 Peachtree St. NE #3000, Atlanta, GA |
| | 30308 (*Corporate Office*) |
| | *Attorney for Nationstar* |

**IT IS HEREBY ORDERED** that Nationstar shall files its opposition to LVRR #63's Motion for Preliminary Injunction [Doc. #8] on or before June 21, 2022.

U.S. MAGISTRATE JUDGE

DATED: _May 24, 2022_

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

*  /s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
(702) 608-4232
*Attorney for LVRR #63*