1  Brody R. Wight, ESQ.
   Nevada Bar No.13615
2  **TROUTMAN PEPPER HAMILTON SANDERS LLP**
3  8985 S. Eastern Ave., Ste. 200
   Las Vegas, NV 89123 (*Nevada Office*)
4  Telephone:  470.832.5562
   Email: brody.wight@troutman.com
5
6  600 Peachtree St. NE #3000
   Atlanta, GA 30308 (*Corporate Office*)
7
   *Attorneys for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LAS VEGAS RENTAL AND REPAIR LLC SERIES 63, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; QUALITY LOAN SERVICE CORPORATION, DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00413-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |
|---|---|

Plaintiff Las Vegas Rental and Repair LLC Series 63 (**LVRR #63**) and Defendant Nationstar Mortgage LLC, dba Mr. Cooper (**Nationstar**), by and through their attorneys of record, hereby submit this Stipulation for an extension of time for Nationstar to respond to LVRR #63's Motion for Preliminary Injunction from the current date of June 21, 2022, to June 30, 2022. The reason for seeking the extension is because counsel for Nationstar was unable to get approval for filing from the client and is unable to obtain a declaration from the client until June 29, 2022, due to extraneous circumstances.

///

///

///

1

127428421

This is the second request for an extension of time.  This extension is sought in good faith and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

| DATED this 23rd day of June, 2022. | DATED this 23rd day of June, 2022. |
|---|---|
| **CLARK NEWBERRY LAW FIRM** | **TROUTMAN PEPPER HAMILTON SANDERS LLP** |
| /s/ *Aimee Clark Newberry* <br> Aimee Clark Newberry, Esq. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Blvd., Suite 390 <br> Las Vegas, NV 89145 <br><br> *Attorney for LVRR #63* | /s/ *Brody R. Wight* <br> Brody R. Wight, Esq. <br> Nevada Bar Number 13615 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV  89123 (Nevada Office) <br> 600 Peachtree St. NE #3000 <br> Atlanta, GA  30308 (Corporate Office) <br><br> *Attorney for Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper* |

**IT IS HEREBY ORDERED** that Nationstar shall file its opposition to LVRR #63's Motion for Preliminary Injunction [ECF #8] on or before June 30, 2022.

U.S. MAGISTRATE JUDGE

DATED: June 23, 2022

127428421